[No. 32065-3-I.     Division One.     May 1, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON JAMES HANSEN, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 92-1-00891-5, Byron L. Swedberg, J., entered December 7, 1992. *Affirmed* by unpublished opinion per Agid, J., concurred in by Kennedy, A.C.J., and Grosse, J.

[No. 34309-2-I.     Division One.     May 1, 1995.]

LESLIE S. JORDAN, *Appellant*, v. GLEN GRANT CHEVROLET, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 92-2-20125-9, Peter Jarvis, J., entered February 18, 1994. *Reversed* and *remanded* by unpublished opinion per Cox, J., concurred in by Webster and Agid, JJ.

[No. 31288-0-I.     Division One.     May 1, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. CLARENCE JONES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-00440-9, LeRoy McCullough, J., entered August 14, 1992. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Agid, J., concurred in by Kennedy, A.C.J., and Cox, J.

[No. 33837-4-I.     Division One.     May 1, 1995.]

DONNA R. WHEAT, ET AL, *Appellants*, v. DARRIN L. CRANFORD, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 91-2-00876-7, Steven J. Mura, J., entered November 12, 1993. *Affirmed* by unpublished opinion per Becker, J., concurred in by Baker, C.J., and Agid, J.